STATE OF OREGON,
*Respondent,*

*v.*

CHARLES HENRY LOTT,
*Appellant.*

(C90-04-32163; CA A67071)

823 P2d 1041

Sally L. Avera, Public Defender, and Steven V. Humber, Deputy Public Defender, Salem, filed the brief for appellant.

No appearance for respondent.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

## PER CURIAM

Defendant was convicted of possession and delivery of controlled substances as part of a drug cultivation, manufacture or delivery scheme or network. He demurred to the indictment on the ground that the scheme or network language is unconstitutionally vague. However, on appeal, he challenges only the sentence imposed. The state concedes, by letter, that the sentence is improper. *State v. Moeller*, 105 Or App 434, 806 P2d 130, *rev dismissed* 312 Or 76, 815 P2d 701 (1991). We accept that concession.

Convictions affirmed; remanded for resentencing.